1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division

4   NAHLA RAJAN (CSBN 218838)
    Special Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-6838

7       FAX: (415) 436-7234

8   Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No.  3-05-70912 EMC
                                     )
13         Plaintiff,                )   [PROPOSED] ORDER AND
                                     )   STIPULATION EXCLUDING TIME
14     v.                            )   UNDER THE SPEEDY TRIAL ACT
                                     )
15  GASPAR GONGORA-GONGORA,          )
    aka Gaspar Gongora,              )
16  aka Gaspar Pacheco,              )
                                     )
17         Defendant.                )
                                     )
18

19  The parties stipulate and agree, and the Court finds and holds, as follows:

20          1.  The parties initially appeared on the instant matter November 2, 2005 for defendant's

    initial appearance on the complaint.  On November 17, 2005, the parties appeared in front of the

21  Honorable Nandor J. Vadas for arraignment/preliminary hearing, time was waived, and the

22  matter was continued until November 29, 2005 for arraignment/preliminary hearing.

23          2.  On November 29, 2005, the parties appeared in front of the Honorable Edward M.

24  Chen, and the matter was continued until December 7, 2005 for arraignment/preliminary hearing.

25          3.  On November 29, 2005, Assistant Public Defender David W. Fermino, who represents

26  the defendant, requested an exclusion of time from November 29, 2005 to December 7, 2005,

27  based on effective preparation of counsel.  The defendant agreed to an extension of time for the

28  preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time

    STIPULATION AND PROPOSED ORDER          1
    3-05-70912 EMC

1  under the Speedy Trial Act.  The parties are involved in discussions which appear likely to lead

2  to pre-indictment resolution of this case.  Therefore, the parties are requesting an extension of

3  time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree

4  that the time from November 29, 2005 to December 7, 2005 should be extended under Rule

5  5.1(d) and excluded in computing the time within which an information or indictment must be

6  filed.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

7       4.  In light of the foregoing facts, the failure to grant the requested exclusion would

8  unreasonably deny counsel for the defense the reasonable time necessary for effective

9  preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would

10  be served by the Court excluding the proposed time period.  These ends outweigh the best

11  interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

12       5.  For the reasons stated, the time period from November 29, 2005 through December 7,

13  2005 is extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy

14  Trial Act, 18 U.S.C. § 3161(h)(8)(A).

15

16  IT IS SO STIPULATED.

17  DATED: _____                     Respectfully Submitted,

18

19                                                                _____ /S/ _____
                                                                NAHLA RAJAN
20                                                                Special Assistant United States Attorney

21

22
       DATED: _____                     _____ /S/ _____
23                                                                DAVID W. FERMINO
                                                                Counsel for Gaspar Gongora-Gongora
24

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27
       DATED: ____December 8, 2005_____
28                                                                HONORABLE
                                                                United States M

STIPULATION AND PROPOSED ORDER          2
3-05-70912 EMC

1

<u>CERTIFICATE OF SERVICE</u>

2        The undersigned hereby certifies that she is an employee of the Office of the United States

3   Attorney for the Northern District of California and is a person of such age and discretion to be

4   competent to serve papers.  The undersigned further certifies that she caused a copy of:

5        [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME UNDER THE
       SPEEDY TRIAL ACT

6

  to be served this date on the party(ies) in this action,

7

               **<u>Via Hand Delivery</u>**

8

               **DAVID FERMINO**
9                **Assistant Federal Public Defender**
               **450 Golden Gate Avenue, 19th Floor**
10               **San Francisco, CA 94102**

11        I declare under penalty of perjury under the laws of the State of California that the

12   foregoing is true and correct.

13   Dated: December 6, 2005

14                                _____
                               Ponly J. Tu
                               Legal Assistant (Immigration)
15                                U.S. Attorney's Office

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER        3
3-05-70912 EMC