```
1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   NAHLA RAJAN (CSBN 218838)
    Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6838
7       FAX: (415) 436-7234

8   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00787 JSW |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| GASPAR GONGORA-GONGORA, aka Gaspar Gongora, aka Gaspar Pacheco, | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

  1. The parties initially appeared on the instant matter November 2, 2005 for defendant's initial appearance on the complaint. On November 17, 2005, the parties appeared in front of the Honorable Nandor J. Vadas for arraignment, time was waived, and the matter was continued until November 29, 2005 for arraignment. On November 29, 2005, time was again waived and the matter was continued until December 7, 2005 for arraignment.

  2. On December 7, 2005, the parties appeared in front of the Honorable Elizabeth D. Laporte, and the matter was continued until December 9, 2005 for arraignment.

  3. On December 7, 2005, Assistant Public Defender David W. Fermino, who represents the defendant, requested an exclusion of time from December 7, 2005 to December 9, 2005,

STIPULATION AND ~~PROPOSE~~D ORDER          1
CR 05-00787 JSW

based on effective preparation of counsel.  The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties are involved in discussions which appear likely to lead to pre-indictment resolution of this case.  Therefore, the parties are requesting an extension of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree that the time from December 7, 2005 to December 9, 2005 should be extended under Rule 5.1(d) and excluded in computing the time within which an information or indictment must be filed.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

      4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would be served by the Court excluding the proposed time period.  These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

      5. For the reasons stated, the time period from December 7, 2005 to December 9, 2005 is extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: _____                    Respectfully Submitted,


                                                                                    /S/
                                      NAHLA RAJAN
                                      Special Assistant United States Attorney


DATED: _____                                                 /S/
                                      DAVID W. FERMINO
                                    Counsel for Gaspar Gongora-Gongora

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 9, 2006                    _____
                                      HONORABLE ELIZABETH D. LAPORTE
                                      United States

[GRANTED — Judge Elizabeth D. Laporte, United States District Court, Northern District of California]

STIPULATION AND ~~PROPOSED~~ ORDER          2
CR 05-00787 JSW